UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COFFEY, | Case No.  2:25-cv-2584-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| CHAD EDWARDS, *et al.*, | |
| Defendants. | |

Plaintiff filed this action against three individuals who trespassed on his land.  ECF No. 1. After reviewing the complaint, I found that it failed to establish a basis for the court's subject matter jurisdiction.  I provided plaintiff with the opportunity to explain why this action should not be dismissed for lack of jurisdiction.  ECF No. 4.  Plaintiff has filed a response indicating that he would like to amend his complaint to include federal causes of action.  ECF No. 5.  In light of plaintiff's representations, he is granted twenty-one days to file an amended complaint.

It is hereby ORDERED that plaintiff file an amended complaint within twenty-one days.

IT IS SO ORDERED.

Dated:    April 21, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1